UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIANA HALL | ) | CASE NO. 08-92412 |
| | ) | |
| Debtor | ) | |

## EMERGENCY MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS

COMES NOW THE DEBTOR, Diana Hall, by counsel, and respectfully request approval for the emergency sale of real property free and clear of liens located at 221 Spurgeon Drive, Seymour, IN 47274, and for reason therefore states as follows:

1. A petition for relief pursuant to chapter 13 of the Bankruptcy Code was filed herein on September 1, 2008.

2. The above property is owned by debtor and co-debtor, Don E. Hall, with a primary mortgage held by CitiMortgage, Inc.

3. The debtors have received an offer on said property and said offer is as follows:

    i. Potential Buyer, Tri County Properties, Purchase price offer $70,000.00. (Offer and Purchase Agreement attached hereto and made a part of as Exhibit A)

4. The debtors wish to sell the property listed above to the above listed potential buyer at the highest possible purchase price upon approval by this Court.

5. The following entities have an interest in the said as follows: CitiMortgage, Inc.

6. (first mortgage).

7. The proceeds of the said sale of property shall be submitted to the Chapter 13 Trustee for disbursement, first to CitiMortgage, Inc. in the amount owed on the first mortgage and then among the unsecured creditors.

8. An emergency exists because the closing on the property is necessary as soon as possible to preserve the sale.

WHEREFORE, debtor moves for an order authorizing culmination of said sale of the real property and for such other relief as is just.

November 12, 2009,

/s/ Jeffrey B. Jackson
Jeffrey B. Jackson, #19735-52
THOMASSON THOMASSON JACKSON & LONG, P.C.
50 WASHINGTON STREET, 3A
P.O. BOX 2086
COLUMBUS, INDIANA 47202-2086
(812) 372-5785
(812) 372-4928 (FAX)
jeff@thomassonlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIANA HALL | ) | CASE NO. 08-92412 |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Emergency Motion for Sale of Real Property Free and Clear of Liens was served upon Chapter 13 Trustee, Joseph M Black, Jr, PO Box 846, Seymour, IN 47274, and all parties of interest by mailing a copy to them via United States Mail and by electronic transmission on this 12th day of November, 2009.

/s/ Jeffrey B. Jackson
Jeffrey B. Jackson

THOMASSON THOMASSON JACKSON & LONG P.C.
50 Washington Street, 3A
P. O. Box 2086
Columbus, IN 47202-2086
Telephone: (812) 372-5785
Fax: (812) 372-4928
jeff@thomassonlaw.com